DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHARON E. GIBSON,**
Appellant,

v.

**ARLP TRUST,**
Appellee.

No. 4D17-2109

[February 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE09066711.

Sharon Gibson, Pembroke Pines, pro se.

Dariel Abrahamy of Greenspoon Marder, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***